NUMBER 13-10-00344-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE: ROLANDO CASTRO

____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam (1)



 On June 29, 2010, relator, Rolando Castro, filed a petition for writ of mandamus. 
On July 7, 2010, the Court requested that the real party in interest, Transmontaigne, Inc.,
file a response to the petition for writ of mandamus. Relator has now filed a motion to
dismiss this original proceeding. According to the motion to dismiss, the parties have
compromised and settled their differences. 

 The Court, having considered the documents on file and relator's motion to dismiss
this original proceeding, is of the opinion that the motion should be granted. Accordingly,
this original proceeding is DISMISSED without reference to the merits thereof. Pending
motions, if any, are likewise DISMISSED.

 IT IS SO ORDERED. 

 PER CURIAM


Delivered and filed the 

7th day of September, 2010. 








1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is
not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).